# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Dabens Blanc

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-5611-LL-VET

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Petition for Writ of Habeas Corpus and ORDERS that Respondents to immediately release Petitioner from custody subject only to the conditions of his preexisting parole. This case is hereby closed.

**Date:** 10/19/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-5611-LL-VET

Respondents:

Todd Blanche,
Attorney General of the United States, in his official capacity;

Markwayne Mullin,
Secretary of the U.S. Department of Homeland Security, in his official capacity;

Executive Office for Immigration Review;

Todd Lyons,
Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity;

Patrick Divver,
ICE Field Office Director for San Diego County, in his official capacity;

Christopher LaRose,
Warden of Otay Mesa Detention Center